AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:19-cv-2072

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Ryan K. Patrick, US Attorney
was received by me on *(date)* 06/07/19.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I served the summons on Ryan K. Patrick, US Attorney
Attn: Civil Process Clerk, 1000 Louisiana, Ste. 2300
via CM/RRR (sent on 06/07/19 and received on 06/13/19).

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 06/24/19

Server's signature

Thelma Alvarado-Garza, Paralegal
*Printed name and title*

7500 Rialto Blvd., Bldg. Two, Ste. 250
Austin, Texas 78749
*Server's address*

Additional information regarding attempted service, etc:

**COMPLETE THIS SECTION ON DELIVERY**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature

X _Keith Calm_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  _Keith Calm_

C. Date of Delivery  6/13/19

1. Article Addressed to:

Ryan K. Patrick, US Attorney
US Attorney's Office Southern District of TX
ATTN: Civil Process Clerk
1000 Louisiana, Ste. 2300
Houston, Texas 77002

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

9590 9403 0499 5173 7148 98

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Restricted Delivery

- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)

7016 0600 0000 2973 9657

PS Form 3811, April 2015 PSN 7530-02-000-9053   Domestic Return Receipt