UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BLAKE MILLER, ET AL, | § | |
| | § | CIVIL ACTION NO. |
| *Plaintiffs,* | § | |
| | § | H:19-cv-2072 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Defendant.* | § | |

CERTIFICATE OF INTERESTED PARTIES

The following parties/persons are known to have an interest in the outcome of this matter: the United States of America, the U.S. Department of the Air Force, the Mike O'Callaghan Military Medical Center ("Medical Center"), Nellis Air Force base at Las Vegas, Nevada.

Respectfully submitted,

RYAN K. PATRICK
UNITED STATES ATTORNEY

/s/ Fred T. Hinrichs

FRED T. HINRICHS
Assistant United States Attorney
Attorney in Charge
Texas Bar No. 24003580
1000 Louisiana Street, Suite 2300
Houston, Texas   77002
(713) 567-9529 – phone
(713) 718-3303 - facsimile
Email: Fred.Hinrichs@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true copy of the foregoing pleading was electronically served through the court's electronic filing system, or by U.S. Mail postage prepaid, on this 1st day of July 2019, to the following counsel of record:

Tom Jacob
Jamal K. Alsaffar
Whitehurst, Harkness, Brees, Cheng,
Alsaffar, Higginbotham, & Jacob, PLLC
7500 Rialto Blvd., Bldg. Two, Ste. 250
Austin, Texas   78735

/s/ Fred T. Hinrichs
_____
FRED T. HINRICHS
Assistant United States Attorney